*Kimberly Wright*

|  |  |
|---|---|
| Defendant(s) | Civil No. 1-20-bk-00484-HWV |

vs.                                    Chapt:13

Honorable Judge Van Eck

*Wilmington Savings Fund Society, FSB*
*D/B/A Christiana Trust, not individually*
*but as trutee for Pretium Mortgage*
*Acquisition trust is 120 So. 6th st.,*
*Suite 2100, Minneapolis, MN 55402.,*


*Powers Kirn & Associates, LLC*
*Attorneys for Plaintiff*
*Eight Neshaminy Interplex; Suite 215*
*Trevose, PA 19053*
                    Plaintiff(s)

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

### Motion To Extend Time To File Schedules/Statements

The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

One or more schedules (A – J)

Form 3015-I (Chapt13 plan)

1. This extension is necessary due to the large number of forms and issues with review of schedules. Pertinent information needs to be researched and gathered, Defendant(s) request Motion to Extend Time to file Schedules/Statues and additional devices as stated above and/or hire an attorney to represent the case.

2. Defendant's requests extension to and including 10 (business) days (date): March 10, 2020 or further relief that the court deems just.

WHEREFORE, Defendant(s) *Kimberly Wright,* request(s) the Court to grant the Motion for Extension of Time and for such other and further relief that the court deems just and proper. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my ability.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via US Mail this 28 day of February, 2020.

KIMBERLY WRIGHT, prose

2536 EASTON BLVD #122

1

*Kimberly Wright*

             Defendant(s)             Civil No. 1-20-bk-00484-HWV

vs.

*Wilmington Savings Fund Society, FSB*
*D/B/A Christiana Trust, not individually*
*but as trutee for Pretium Mortgage*
*Acquisition trust is 120 So. 6th st.,*
*Suite 2100, Minneapolis, MN 55402.,*


*Powers Kirn & Associates, LLC*
*Attorneys for Plaintiff*
*Eight Neshaminy Interplex; Suite 215*
*Trevose, PA 19053*
             Plaintiff(s)

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

**Motion To Extend Time To File Schedules/Statements**


Civil No. 1-20-bk-00484-HWV

### Certificate of Service

I hereby certifiy that a copy of was sent by first class mail, postage pre-paid, upon the following on the date listed below:

*Powers Kirn & Associates, LLC*
*Attorneys for Plaintiff*
*Eight Neshaminy Interplex; Suite 215*
*Trevose, PA 19053*

*Wilmington Savings Fund Society, FSB*
*D/B/A Christiana Trust, not individually*
*but as trutee for Pretium Mortgage*
*Acquisition trust is 120 So. 6th st.,*
*Suite 2100, Minneapolis, MN 55402.,*


KIMBERLY WRIGHT, prose
2536 EASTON BLVD #122
YORK, PA 17402

2