```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 20-00484-HWV
Kimberly Wright                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1              Date Rcvd: Mar 25, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
db             +Kimberly Wright,    2536 Eastern Blvd  No 122,   York, PA 17402-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.
               bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ.
               bankruptcy@powerskirn.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :          Chapter 13
Kimberly Wright                                 :
    Debtor                  :          Case No. 1:20-bk-00484-HWV
                                                :

## ORDER TO APPEAR AND SHOW CAUSE

It appearing that Debtor has failed to file a Chapter 13 Plan, it is hereby

**ORDERED** that Debtor appear at the hearing scheduled below to show cause why the above-captioned case should not be dismissed for failure to file a Chapter 13 Plan. A hearing has been scheduled for Wednesday, April 8, 2020 at 9:30 AM at 3rd and Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, PA 17101; and it is further

**ORDERED** that should Debtor submit a Chapter 13 Plan on or before April 8, 2020 the case may continue in the ordinary course.

Dated:  March 25, 2020                By the Court,

                                                                _Henry W. Van Eck_____
                                                                 Henry W. Van Eck, Chief Bankruptcy Judge (LS)