IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   KIMBERLY WRIGHT,<br>                            Debtor | Chapter 13<br><br>Case No. 1-20-bk-00484-HWV |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND
REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b)

TO THE CLERK OF THE COURT:

Please be advised that Lawrence V. Young, Esquire of CGA Law Firm, 135 North George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for Manchester Township and requests copies of all Notices pursuant to Bankruptcy Rules 2002(a) and 2002(b).

                                      Respectfully submitted,

                                      CGA Law Firm

                                      /s/Lawrence V. Young, Esquire
                                      Lawrence V. Young, Esquire
                                      Sup. Ct. I.D. No. 21009
                                      135 North George Street
                                      York, PA 17401
                                      (717) 848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| KIMBERLY WRIGHT, | |
| Debtor | Case No. 1-20-bk-00484-HWV |

CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 3, 2020, a true and correct copy of the attached document was served upon the following parties in the following manner:

| Name | Mode of Service |
|---|---|
| Charles J. DeHart, III<br>Chapter 13 Trustee | Via CM/ECF |
| Kimberly Wright<br>2536 Eastern Blvd. Apt # 122<br>York, PA 17402 | Via U.S. First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the forgoing is true and correct.

Dated: 04/03/2020

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
(717) 848-4900

{01771452/1}