```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 20-00484-HWV
Kimberly Wright                                                     Chapter 13
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke          Page 1 of 1          Date Rcvd: Apr 09, 2020
                             Form ID: ordsmiss        Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db         +Kimberly Wright,    2536 Eastern Blvd  No 122,   York, PA 17402-2914
cr         +Manchester Township,    3200 Farmtrail Road,   York, PA 17406-5699
5299720    +CHRISTIAN TRUST,    120 SOUTH 6TH STREET,    SUITE 2100,   MINNEAPOLIS, MN 55402-1823
5319230    +Manchester Township,    Attn: Timothy James, Township Manager,   3200 Farmtrail Road,
             York, PA 17406-5699
5299719    +PK&A POWERS KIRN & ASSOCIATES, LLC,    ATTORNEYS,   ALL PARTIES IN INTEREST AND CLAIMANTS,
             EIGHT NESHAMINV INTERPLEX,    SUITE 215,   TREVOSE, PA 19053-6980
5299717     PRETIUM MORTGAGE ACQUISITION 120 SOUTH 6TH STREET,    SUITE 2100,   MINNEAPOLIS, MN 55402
5317585    +Rushmore Loan Management Services,    P.O. Box 55004,   Irvine, CA 92619-5004
5299718    +WILMINGTON SAVINGS FUND,    120 SOUTH 6TH STREET,    SUITE 2100,   MINNEAPOLIS, MN 55402-1823
5301549    +Wilmington Savings Fund Society et seq.,    c/o Jill Manuel-Coughlin, Esquire,
             8 Neshaminy Interplex Drive, Suite 215,   Trevose, PA 19053-6980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.
               bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ.
               bankruptcy@powerskirn.com
              Lawrence V. Young    on behalf of Creditor    Manchester Township lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kimberly Wright,         Chapter     13

**Debtor 1**

Case No.     1:20–bk–00484–HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: April 9, 2020                      By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

ordsmiss (05/18)