United States Bankruptcy Court
Middle District of Pennsylvania

Case Number: 1-20-00484-HWV
Chapter: 13

RE: CHARLES J. DEHART, III ESQ,

(Trustee)

vs.

Kimberly Wright

(Respondent)

FILED
Harrisburg, PA

MAY – 8 2020

Clerk,
US Bankruptcy Court

## MOTION TO REINSTATE

AND NOW, Kimberly Wright respondent, moves this Honorable Court for reinstatement of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1. Respondent has submitted all or such portion of schedules to the Trustee as requested.
2. a.) Local Form 3015-1 has been submitted to the Trustee and the Court.
3. a.) Form(s) 122C-1 & 122C-2
4. Due to the unforeseen Covid-19 pandemic circumstances.
5. Respondent prays that this Honorable Court enter an Order reinstating the above caption case.

WHEREFORE, Respondent alleges the plan is confirmable and therefore Respondent prays that this Honorable Court will:
a.) Reinstate Chapter 13 Bankruptcy

Respectfully submitted;
KIMBERLY WRIGHT, prose
2536 EASTON BLVD #122
YORK, PA 17402

Case 1:20-bk-00484-HWV   Doc 34   Filed 05/08/20   Entered 05/08/20 14:11:28   Desc Main Document   Page 1 of 2

Case Number: 1-20-00484-HWV
Chapter: 13

RE: CHARLES J. DEHART, III ESQ,

(Trustee)

## CERTIFICATE OF SERVICE

I, Kimberly Wright, hereby certify that the Motion to Reinstate Chapter 13 was served by first class mail, serve electronically upon parties.

RE: CHARLES J. DEHART, III ESQ,  
228 Walmart Street; Ste 1190  
harrisburg, PA 17101

Served electronically

I certify under penalty of perjjury tjat the foregoing is true and correct.

KIMBERLY WRIGHT, prose  
2536 EASTON BLVD #122  
YORK, PA 17402

1