```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00484-HWV
Kimberly Wright                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1          Date Rcvd: May 11, 2020
                              Form ID: nthrgreq        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
```
db           +Kimberly Wright,    2536 Eastern Blvd  No 122,    York, PA 17402-2914
cr           +Manchester Township,    3200 Farmtrail Road,    York, PA 17406-5699
5299720      +CHRISTIAN TRUST,    120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402-1823
5319230      +Manchester Township,    Attn: Timothy James, Township Manager,    3200 Farmtrail Road,
               York, PA 17406-5699
5299719      +PK&A POWERS KIRN & ASSOCIATES, LLC,    ATTORNEYS,    ALL PARTIES IN INTEREST AND CLAIMANTS,
               EIGHT NESHAMINV INTERPLEX,    SUITE 215,    TREVOSE, PA 19053-6980
5299717       PRETIUM MORTGAGE ACQUISITION 120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402
5317585      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
5299718      +WILMINGTON SAVINGS FUND,    120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402-1823
5301549      +Wilmington Savings Fund Society et seq.,    c/o Jill Manuel-Coughlin, Esquire,
               8 Neshaminy Interplex Drive, Suite 215,    Trevose, PA 19053-6980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.
               bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ.
               bankruptcy@powerskirn.com
              Lawrence V. Young    on behalf of Creditor    Manchester Township lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kimberly Wright

**Debtor 1**

Chapter: 13

Case number: 1:20−bk−00484−HWV

Document Number: 34

Matter: Motion to Reinstate Case

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on February 10, 2020.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court** **The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing.** | **Date: 6/2/20** **Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **May 25, 2020**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 11, 2020 |

nthrgreq(02/19)