In re:  
Kimberly Wright  
    Debtor

Case No. 20-00484-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke    Page 1 of 1    Date Rcvd: Jun 04, 2020  
Form ID: pdf010    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.

```
db          +Kimberly Wright,    2536 Eastern Blvd  No 122,    York, PA 17402-2914
cr          +Manchester Township,    3200 Farmtrail Road,    York, PA 17406-5699
5299720     +CHRISTIAN TRUST,    120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402-1823
5319230     +Manchester Township,    Attn: Timothy James, Township Manager,    3200 Farmtrail Road,
              York, PA 17406-5699
5299719     +PK&A POWERS KIRN & ASSOCIATES, LLC,    ATTORNEYS,    ALL PARTIES IN INTEREST AND CLAIMANTS,
              EIGHT NESHAMINV INTERPLEX,    SUITE 215,    TREVOSE, PA 19053-6980
5299717      PRETIUM MORTGAGE ACQUISITION 120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402
5317585     +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
5299718     +WILMINGTON SAVINGS FUND,    120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402-1823
5301549     +Wilmington Savings Fund Society et seq.,    c/o Jill Manuel-Coughlin, Esquire,
              8 Neshaminy Interplex Drive, Suite 215,    Trevose, PA 19053-6980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.
           bkgroup@kmllawgroup.com
          Jill Manuel-Coughlin    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ.
           bankruptcy@powerskirn.com
          Lawrence V. Young    on behalf of Creditor    Manchester Township lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

     TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Kimberly Wright | : | Case No: 1:20-bk-00484-HWV |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER

Upon consideration of Debtors' Motion to Reinstate (the "Motion") it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is reinstated.

Dated: June 2, 2020

By the Court,

_Henry W. Van Eck_ (LS)
Henry W. Van Eck, Chief Bankruptcy Judge