```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 20-00484-HWV
Kimberly Wright                                             Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke          Page 1 of 1          Date Rcvd: Jun 15, 2020
                            Form ID: ntcor341        Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.

```
db          +Kimberly Wright,    2536 Eastern Blvd  No 122,    York, PA 17402-2914
aty         +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty         +Jill Manuel-Coughlin,    Powers Kirn, LLC,    Eight Neshaminy Interplex,    Suite 215,
              Trevose, PA 19053-6980
aty         +Lawrence V. Young,    CGA Law Firm,    135 North George Street,    York, PA 17401-1132
cr          +Manchester Township,    3200 Farmtrail Road,    York, PA 17406-5699
5299720     +CHRISTIAN TRUST,    120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402-1823
5319230     +Manchester Township,    Attn: Timothy James, Township Manager,    3200 Farmtrail Road,
              York, PA 17406-5699
5299719     +PK&A POWERS KIRN & ASSOCIATES, LLC,    ATTORNEYS,    ALL PARTIES IN INTEREST AND CLAIMANTS,
              EIGHT NESHAMINV INTERPLEX,    SUITE 215,    TREVOSE, PA 19053-6980
5299717      PRETIUM MORTGAGE ACQUISITION 120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402
5317585     +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
5299718     +WILMINGTON SAVINGS FUND,    120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402-1823
5301549     +Wilmington Savings Fund Society et seq.,    c/o Jill Manuel-Coughlin, Esquire,
              8 Neshaminy Interplex Drive, Suite 215,    Trevose, PA 19053-6980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +E-mail/Text: dehartstaff@pamd13trustee.com Jun 15 2020 19:44:18
              Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
ust         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 15 2020 19:44:03     United States Trustee,
              228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

```
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
             Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.
             bkgroup@kmllawgroup.com
            Jill Manuel-Coughlin    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ.
             bankruptcy@powerskirn.com
            Lawrence V. Young    on behalf of Creditor    Manchester Township lyoung@cgalaw.com,
             tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
             com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kimberly Wright,      Chapter     13

    **Debtor 1**

Case No.     1:20–bk–00484–HWV

Social Security No.:
    xxx–xx–9395

Employer's Tax I.D. No.:

## Notice

You were mailed a Meeting of Creditors Notice in the above–referenced case. A correction was made to the information contained in that notice as stated below:

- Meeting of Creditors date, time or location

The below dates may be the same as on the original notice, unless any changes were required. All other information on the original 341 Notice will remain in full force and effect.

The Meeting of Creditors will be held:

| 341 meeting by video conference, further details will be provided to you. | Date: July 9, 2020 |
|---|---|
| | Time: 10:00 AM |

**Deadline to:**

File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: **May 18, 2020.**

Object to Exemptions: **Thirty (30) days after the *conclusion* of the meeting of creditors.**

File a Proof of Claim (except a governmental unit): **April 20, 2020.**

Initial requests for a continuance of hearing (*L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101–1737
(717) 901–2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ChristopherGambini, Deputy Clerk

Date: June 15, 2020

ntcor341(04/20)