In re:  
Kimberly Wright  
    Debtor

Case No. 20-00484-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 | Date Rcvd: Jul 17, 2020 |
| | Form ID: ntcnfhrg | Total Noticed: 9 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.

```
db          +Kimberly Wright,    2536 Eastern Blvd  No 122,    York, PA 17402-2914
cr          +Manchester Township,    3200 Farmtrail Road,    York, PA 17406-5699
5299720     +CHRISTIAN TRUST,    120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402-1823
5319230     +Manchester Township,    Attn: Timothy James, Township Manager,    3200 Farmtrail Road,
              York, PA 17406-5699
5299719     +PK&A POWERS KIRN & ASSOCIATES, LLC,    ATTORNEYS,    ALL PARTIES IN INTEREST AND CLAIMANTS,
              EIGHT NESHAMINV INTERPLEX,    SUITE 215,    TREVOSE, PA 19053-6980
5299717      PRETIUM MORTGAGE ACQUISITION 120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402
5317585     +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
5299718     +WILMINGTON SAVINGS FUND,    120 SOUTH 6TH STREET,    SUITE 2100,    MINNEAPOLIS, MN 55402-1823
5301549     +Wilmington Savings Fund Society et seq.,    c/o Jill Manuel-Coughlin, Esquire,
              8 Neshaminy Interplex Drive, Suite 215,    Trevose, PA 19053-6980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.
           bkgroup@kmllawgroup.com
          Jill Manuel-Coughlin    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ.
           bankruptcy@powerskirn.com
          Lawrence V. Young    on behalf of Creditor    Manchester Township lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
           com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kimberly Wright,      Chapter     13

    **Debtor 1**

Case No.     1:20–bk–00484–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 19, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 26, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 17, 2020 |

ntcnfhrg (03/18)