United States Bankruptcy Court

Middle District of Pennsylvania

WILMINGTON SAVINGS FUND, FSB, d/b/a
CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION TRUST
RE: CHARLES J. DEHART, III ESQ,

Case Number: 1-20-00484-HWV
Chapter: 13

(Trustee)

vs.

Kimberly Wright

(Respondent)

CHARLES J. DEHART, III ESQ,

FILED
Harrisburg, PA

AUG 13 2020

Clerk,
US Bankruptcy Court

(Trustee)

## Motion to Extend Time To File Schedules/Statements

The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-(b) to file the following:

One or more shedules (A-J)
Schedule-I

1. This extension is requested due to formation with review of schedules. Pertinent requested information to be gathered. Respondent(s) request Motion to Extend Time to file Shedules/Statues and additional devices while Covid19 restrictions exist.

   a.) The amount of the claim needs to be corrected and overfunded by (Wilmington Savings Fund).

2. Income return for 2019 delayed per covid being submitted per Trustee request.

   b.) Respondent(s) requests extension to and including 10(business)days date: August 15, 2020 or relief that the court deems just.

WHEREFORE, Respondent(s) *Kimberly Wright*, request(s) the court to grant the Motion for Extension of Time and for such other and further relief that the court deems just and proper. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my ability.

Respectfully submitted;
KIMBERLY WRIGHT, prose
2536 EASTON BLVD #122
YORK, PA 17402

CERT# 7019 2280 0001 9778 2999    1

# United States Bankruptcy Court

## Middle District of Pennsylvania

WILMINGTON SAVINGS FUND,FSB, d/b/a
CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION TRUST
RE: CHARLES J. DEHART, III ESQ,

Case Number: 1-20-00484-HWV
Chapter: 13

(Trustee)

vs.

Kimberly Wright

(Respondent)

CHARLES J. DEHART, III ESQ,

(Trustee)

### CERTIFICATE OF SERVICE

### Motion to Extend Time To File Schedules/Statements

I HEREBY CERTIFY that a copy of was sent by either electronic mail, facsimile or first class mail, postage prepaid upon the following:

WILMINGTON SAVINGS FUND,FSB, d/b/a
CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION TRUST

CHARLES J. DEHART, III ESQ,

Kimberly Wright, prose
2536 Easton Blvd#122
York, PA 17402

CERT#7019 2280 0001 9778 2999