UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                   CASE NO.: 1:20-bk-00484-HWV
                                                                                 **CHAPTER 13**

**Kimberly Wright,**
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                           Robertson, Anschutz, Schneid & Crane LLC
                                           Authorized Agent for Secured Creditor
                                           10700 Abbott's Bridge Road, Suite 170,
                                           Duluth, GA 30097
                                           Telephone: 470-321-7112

                                           By: /s/Charles Wohlrab
                                               Charles Wohlrab
                                               Email: CWohlrab@rascrane.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KIMBERLY WRIGHT
2536 EASTERN BLVD NO 122
YORK, PA 17402

And via electronic mail to:

PRO SE
PRO SE
PRO SE, NY 30310

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/ Luwam Habtegabir
Luwam Habtegabir
Email: lhabtegabir@rascrane.com